# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Alex A. French

                Plaintiff,

v.                                          Case No.: 1:23–cv–02676
                                                         Honorable Elaine E. Bucklo

William Wise, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 6, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendants' unopposed motion for an extension of time to answer or otherwise plead [8] is granted to 7/26/2023. Scheduling Conference is reset for 8/23/2023 at 9:45 a.m. (to track the case only; no appearance required). The joint Rule 26(f) planning report is due 8/16/2023. (The form of the report can be found on Judge Bucklo's page at www.ilnd.uscourts.gov.) The court will enter a schedule based on the report. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.