IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALEX A. FRENCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No.   23 cv 2676 |
| OFFICER WILLIAM WISE (Star #481) | ) | Hon. Elaine E. Bucklo |
| and VILLAGE OF LISLE, ILLINOIS, | ) | |
| a municipal corporation, | ) | Hon. Jeffrey I. Cummings |
| | ) | |
| Defendants. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. **Meeting.**   Pursuant to Fed. R. Civ. P. 26(f), on October 2, 2023, the following attorneys conferred in the preparation of this Joint Status Report:

<u>For the Plaintiff</u>
David G. Sigale
LAW FIRM OF DAVID G. SIGALE, P.C.
55 W. 22nd Street, Suite 230
Lombard, IL  60148
Tel. 630/452-4547
Fax 630/596-4445

<u>For the Defendants</u>
Patrick H. O'Connor
HARTIGAN & O'CONNOR, P.C.
53 W. Jackson, Suite 460
Chicago, IL, 60604
Tel. 312/235-8880
Fax 312/235-8884

2. **Pretrial Schedule.**   On August 18, 2023, this Court stayed this case pending the disposition of the underlying criminal case (originally pending in the Circuit Court of DuPage County, 18th Judicial Circuit, Case No. 21DT872, currently on appeal to the Illinois Appellate Court-Third District, Case No.3-23-0002). [FilingNo.15, CM/ECF] https://ecf.ilnd.uscourts.gov/doc1/067129047458  The appeal is fully briefed, and the parties are awaiting an oral argument.

3. **Discovery.**   The parties request that discovery be stayed until the stay is lifted.

1

4. **Settlement.** Since the outcome of the underlying criminal case will impact the case, the parties jointly request that the Plaintiff be relieved of his obligation to provide a written settlement demand until the resolution of the underlying criminal case.

5. **Consent.** The parties do not consent unanimously to jurisdiction by the assigned Magistrate Judge.

Respectfully Submitted,

ALEX A. FRENCH

/s/*David G. Sigale*
David G. Sigale-dsigale@sigalelaw.com
LAW FIRM OF DAVID G. SIGALE, P.C.
55 W. 22nd Street, Suite 230
Lombard, IL  60148
Tel. 630/452-4547
Fax 630/596-4445


WILLIAM WISE, and the
VILLAGE OF LISLE, a municipal corporation

/s/*Patrick H. O'Connor*
Patrick H. O'Connor- patoconnor@hartiganlaw.com
HARTIGAN & O'CONNOR P.C.
53 West Jackson Blvd., Suite 460
Chicago, IL 60604
Tel. 312/235-8880
Fax 312/235-8884

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on October 2, 2023, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record listed below.

David G. Sigale
Law Firm of David G. Sigale, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
(630) 452-4547
dsigale@sigalelaw.com

Donald J. Ramsell
RAMSELL & KUNOWSKI, L.L.C.
128 South County Farm Road, Suite F
Wheaton, IL 60187
(630) 665-8780
info@dialdui.com

/s/Patrick H. O'Connor
Patrick H. O'Connor, one of the attorneys for the Defendants, Det. William Wise (Star #481), and the Village of Lisle, a municipal corporation