## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Alex A. French

                Plaintiff,

v.                                          Case No.: 1:23–cv–02676
                                          Honorable Elaine E. Bucklo

William Wise, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 20, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo: This case remains stayed, pending the disposition of the state criminal case (21DT872), currently on appeal with the Illinois Appellate Court. Status hearing is reset for 1/22/2024 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by 1/16/2024. The court will enter a scheduling order in response to the status report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.