IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALEX A. FRENCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No.   23 cv 2676 |
| OFFICER WILLIAM WISE (Star #481) | ) | Hon. Elaine E. Bucklo |
| and VILLAGE OF LISLE, ILLINOIS, | ) | |
| a municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

1.  **Meeting.**   Pursuant to Fed. R. Civ. P. 26(f), on January 23, 2025, the following attorneys conferred in the preparation of this Joint Status Report:

**For the Plaintiff**
David G. Sigale
LAW FIRM OF DAVID G. SIGALE, P.C.
55 W. 22nd Street, Suite 230
Lombard, IL  60148
Tel. 630/452-4547
Fax 630/596-4445

**For the Defendants**
Patrick H. O'Connor
HARTIGAN & O'CONNOR, P.C.
53 W. Jackson, Suite 460
Chicago, IL, 60604
Tel. 312/235-8880
Fax 312/235-8884

2.  **Pretrial Schedule.**   On August 18, 2023, this Court stayed this case pending the disposition of the underlying criminal case (originally pending in the Circuit Court of DuPage County, 18th Judicial Circuit, Case No. 21DT872, which was then on interlocutory appeal to the Illinois Appellate Court-Third District, Case No.3-23-0002).  [FilingNo.15,  CM/ECF]   https://ecf.ilnd.uscourts.gov/doc1/067129047458 The appeal was argued on November 29, 2023, and on March 7, 2024, the appeal was dismissed for lack of jurisdiction. (*Village of Lisle v. French*, 2024 IL App (3d) 230002). On April 11, 2024, the Village of Lisle filed its petition for leave to appeal (PLA) to

1

the Illinois Supreme Court, Docket No. 130602. On September 25, 2024, the Illinois Supreme Court denied the PLA. The mandate has been issued, and the underlying case is set in the Circuit Court of DuPage County on April 9, 2025, for trial on Count 3 (Counts 1,2, and 4 were nonsuited on November 20, 2024).

3. **Discovery.** The parties request that discovery be stayed until the underlying criminal case is fully resolved.

4. **Settlement.** Since the outcome of the underlying criminal case will impact the case, the parties jointly request that the Plaintiff be relieved of his obligation to provide a written settlement demand until the resolution of the underlying criminal case.

5. **Consent.** The parties do not consent unanimously to jurisdiction by the assigned Magistrate Judge.

Respectfully Submitted,

ALEX A. FRENCH

/s/*David G. Sigale*
David G. Sigale-dsigale@sigalelaw.com
LAW FIRM OF DAVID G. SIGALE, P.C.
55 W. 22nd Street, Suite 230
Lombard, IL 60148
Tel. 630/452-4547
Fax 630/596-4445


WILLIAM WISE, and the
VILLAGE OF LISLE, a municipal corporation

/s/*Patrick H. O'Connor*
Patrick H. O'Connor- patoconnor@hartiganlaw.com
HARTIGAN & O'CONNOR P.C.
53 West Jackson Blvd., Suite 460

Chicago, IL 60604
Tel. 312/235-8880
Fax 312/235-8884

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on January 23, 2025, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record listed below.

    David G. Sigale
    Law Firm of David G. Sigale, P.C.
    55 West 22nd Street, Suite 230
    Lombard, IL 60148
    (630) 452-4547
    dsigale@sigalelaw.com

    Donald J. Ramsell
    RAMSELL & KUNOWSKI, L.L.C.
    128 South County Farm Road, Suite F
    Wheaton, IL 60187
    (630) 665-8780
    info@dialdui.com

                                                    /s/Patrick H. O'Connor
                                                    Patrick H. O'Connor, one of the attorneys for the Defendants, Det. William Wise (Star #481), and the Village of Lisle, a municipal corporation

3