IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALEX A. FRENCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No. 1:23 CV 2676 |
| OFFICER WILLIAM WISE (Star #481) | ) | |
| and VILLAGE OF LISLE, ILLINOIS, | ) | |
| a municipal corporation, | ) | Hon. Elaine E. Bucklo |
| | ) | |
| Defendants. | ) | |

JOINT STATUS REPORT

1. **Meeting.** Pursuant to Fed. R. Civ. P. 26(f), on May 1, 2025, the following attorneys conferred in the preparation of this Joint Status Report:

For the Plaintiff
David G. Sigale
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
Tel. 630.452.4547
Fax 630.596.4445

For the Defendants
Patrick H. O'Connor
HARTIGAN & O'CONNOR, P.C.
53 W. Jackson, Suite 460
Chicago, IL, 60604
Tel. 312/235-8880
Fax 312/235-8884

2. **Pretrial Schedule.** On August 18, 2023, this Court stayed this case pending the disposition of the underlying criminal case (originally pending in the Circuit Court of DuPage County, 18th Judicial Circuit, Case No. 21DT872, which was then on interlocutory appeal to the Illinois Appellate Court-Third District, Case No.3-23-0002). [Filing No.15, CM/ECF]

https://ecf.ilnd.uscourts.gov/doc1/067129047458 The appeal was argued on November 29, 2023, and on March 7, 2024, the appeal was dismissed for lack of jurisdiction. (*Village of Lisle v. French*, 2024 IL App (3d) 230002). On April 11,

2024, the Village of Lisle filed its petition for leave to appeal (PLA) to the Illinois Supreme Court, Docket No. 130602. On September 25, 2024, the Illinois Supreme Court denied the PLA. Counts 1, 2, and 4 were nonsuited by the Village on November 20, 2024, and Count 3 proceeded to trial on April 9, 2025. All the underlying charges are now resolved.

3. **Discovery.** Discovery was stayed pending resolution of the underlying criminal case, and the parties agree that the stay can be lifted and request a status date to determine the next steps.

4. **Settlement.** The parties have not engaged in any settlement discussions but will do so in accordance with this Court's standing order prior to submitting a proposed scheduling order.

5. **Consent.** The parties do not consent unanimously to jurisdiction by the assigned Magistrate Judge.

Respectfully Submitted,

ALEX A. FRENCH

/s/ David G. Sigale
David G. Sigale-dsigale@sigalelaw.com
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
Tel. 630.452.4547
Fax 630.596.4445

WILLIAM WISE, and the
VILLAGE OF LISLE, a municipal corporation,

/s/ *Patrick H. O'Connor*
Patrick H. O'Connor-patoconnor@hartiganlaw.com

HARTIGAN & O'CONNOR P.C.
53 West Jackson Blvd., Suite 460
Chicago, IL 60604
Tel. 312/235-8880
Fax 312/235-8884

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on May 1, 2025, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record listed below.

Patrick H. O'Connor
HARTIGAN & O'CONNOR P.C.
53 West Jackson Blvd., Suite 460
Chicago, IL 60604
patoconnor@hartiganlaw.com

Donald J. Ramsell
RAMSELL & KUNOWSKI, L.L.C.
128 South County Farm Road, Suite F
Wheaton, IL 60187
(630) 665-8780
info@dialdui.com

/s/ David G. Sigale
One of the attorneys for Plaintiff

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com

4