# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Alex A. French

                Plaintiff,

v.                                     Case No.: 1:23−cv−02676
                                                         Honorable Elaine E. Bucklo

William Wise, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's unopposed motion for extension of time for response to motion to dismiss [38] is granted. Plaintiff's response is extended to and due by 6/26/2025. Defendants' reply is extended to and due by 7/10/2025. Ruling before the Honorable Elaine E. Bucklo reset for 8/7/2025 at 9:30 a.m. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.