IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALEX A. FRENCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:23 CV 2676 |
| | ) | |
| OFFICER WILLIAM WISE (Star #481) | ) | |
| and VILLAGE OF LISLE, ILLINOIS, | ) | |
| a municipal corporation, | ) | Hon. Elaine E. Bucklo |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S' MOTION TO FILE ENLARGED RESPONSE TO MOTION TO DISMISS

NOW COMES the Plaintiff, ALEX A. FRENCH, by and through undersigned counsel, and, pursuant to Local Rule 7.1, request that the page limits for memoranda of law in opposition to Defendants' F.R. Civ. P. 12(b)(6) Motion to Dismiss be enlarged to 19 pages. In support of his Motion, Plaintiff states as follows:

1.     Per L.R. 7.1, a brief in opposition to a Motion shall not exceed 15 pages without prior approval of the Court.

2.     However, Plaintiff's Response to Defendants' F.R. Civ. P. 12(b)(6) Motion to Dismiss is 19 pages, due to the many complex arguments raised in Defendants' Motion.

3.     Despite diligence, Plaintiff was unable to reduce the Response to 15 pages, and required an additional 4 pages to articulate his arguments in full.

4.      Therefore, pursuant to Local Rule 7.1, Plaintiff requests 19 pages, excluding any tables the Court may require, in order to adequately address all the legal and factual issues contained in Defendants' Motion.

5.      This Motion is not filed for dilatory purposes or for delay, but only so that Plaintiff as well as Defendants may fully present his arguments before the Court.

6.      The proposed Response and exhibits are attached hereto as Exhibit "A."

WHEREFORE, the Plaintiff, ALEX A. FRENCH, requests this Honorable Court to grant him the following relief;

A.      that the page limits for Plaintiff's Response to Defendants' F.R. Civ. P. 12(b)(6) Motion to Dismiss be enlarged to 19 pages, excluding any tables the Court may require;

B.      Grant any and all other forms of relief as this Court deems just and proper.

Dated: June 26, 2025                          Respectfully submitted,

                                              By:  _____/s/ David G. Sigale_____
                                                        Attorney for Plaintiffs

2

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com


Donald J. Ramsell, Esq.
RAMSELL & KUNOWSKI, L.L.C.
128 South County Farm Road, Suite F
Wheaton, IL 60187
info@dialdui.com

4

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

     1.     On June 26, 2025, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

     2.     Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.


                                     /s/ David G. Sigale
                                        Attorney for Plaintiffs


David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com

5