IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALEX A. FRENCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No. 1:23 CV 2676 |
| OFFICER WILLIAM WISE (Star #481) | ) | |
| and VILLAGE OF LISLE, ILLINOIS, | ) | |
| a municipal corporation, | ) | Hon. Elaine E. Bucklo |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:     Patrick H. O'Connor
        HARTIGAN & O'CONNOR, P.C.
        53 W. Jackson, Suite 460
        Chicago, IL, 60604
        patoconnor@hartiganlaw.com

        You are hereby notified that on the **2nd** day of July, 2025 at **9:45 A.M.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, or any Judge sitting in her stead, in Courtroom 2243 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the <u>Plaintiff's Motion to File Enlarged Response to Motion to Dismiss</u>, filed simultaneously with this Notice.

        **HOWEVER**, per Court Order, the Court will rule on said Motion by written order. An appearance on the above-stated presentment date is not required.

                                                    /s/ David G. Sigale
                                                    Attorney for Plaintiff

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com

Donald J. Ramsell, Esq.
RAMSELL & KUNOWSKI, L.L.C.
128 South County Farm Road, Suite F
Wheaton, IL 60187
info@dialdui.com

## CERTIFICATE OF SERVICE

The undersigned, attorney of record for the Plaintiff, hereby certifies that on

June 26, 2025, he served a copy of the above Notice of Motion, and this certificate of

service, by electronic means pursuant to Electronic Case Filing (ECF).


/s/ David G. Sigale
David G. Sigale


David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com

Donald J. Ramsell, Esq.
RAMSELL & KUNOWSKI, L.L.C.
128 South County Farm Road, Suite F
Wheaton, IL 60187
info@dialdui.com